FILED

07/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0352

## IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 19-0352

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

TRENDTON DILLINGHAM,

    Defendant and Appellant.

## ORDER

Upon reading and filing Unopposed Motion for Extension of Time to File Reply to Brief of Appellee, and good cause appearing, wherefore;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED,** and the deadline set to file the Reply to Brief of Appellee is hereby extended from July 27, 2020, to August 27, 2020.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 27 2020